| Fill in this information to identify your case: |
|---|
| United States Bankruptcy Court for the: |
| EASTERN DISTRICT OF CALIFORNIA |
| Case number *(if known)*      Chapter **11** |

☐ Check if this an amended filing

Official Form 201
## Voluntary Petition for Non-Individuals Filing for Bankruptcy     **06/24**

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | **The Mesa Laguna Ridge, LP** |
| 2. | **All other names debtor used in the last 8 years** <br> Include any assumed names, trade names and *doing business as* names | **DBA The Mesa at Laguna Ridge** |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **38-3993725** |
| 4. | **Debtor's address** | **Principal place of business** <br><br> **10371 BRUCEVILLE ROAD** <br> **ELK GROVE, CA 95757** <br> Number, Street, City, State & ZIP Code <br><br> **Sacramento** <br> County | **Mailing address, if different from principal place of business** <br><br> **10371 BRUCEVILLE ROAD, OFFICE** <br> **ELK GROVE, CA 95757** <br> P.O. Box, Number, Street, City, State & ZIP Code <br><br> **Location of principal assets, if different from principal place of business** <br><br> Number, Street, City, State & ZIP Code |
| 5. | **Debtor's website** (URL) | **https://www.themesaatlagunaridge.com** |
| 6. | **Type of debtor** | ☐ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) <br> ■ Partnership (excluding LLP) <br> ☐ Other. Specify: |

| Debtor | The Mesa Laguna Ridge, LP | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

    **5311**

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7
☐ Chapter 9
■ Chapter 11. *Check **all** that apply*:

   ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725 (amount subject to adjustment on 4/01/25 and every 3 years after that).

   ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

   ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

   ☐ A plan is being filed with this petition.

   ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

   ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

   ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

| District | | When | | Case number | |
|---|---|---|---|---|---|
| District | | When | | Case number | |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

Debtor **The Mesa Laguna Ridge, LP**     Case number (*if known*)
        Name

List all cases. If more than 1, attach a separate list

| | | |
|---|---|---|
| Debtor | | Relationship |
| District | When | Case number, if known |

**11. Why is the case filed in *this district*?**    *Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
    What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
       Number, Street, City, State & ZIP Code

**Is the property insured?**
☐ No
☐ Yes.   Insurance agency _____
          Contact name _____
          Phone _____

### Statistical and administrative information

**13. Debtor's estimation of available funds**    *Check one:*

■ Funds will be available for distribution to unsecured creditors.
☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ■ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than 100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ■ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ■ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

Debtor    **The Mesa Laguna Ridge, LP**      Case number (*if known*) _____
         Name

### Request for Relief, Declaration, and Signatures

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **April 14, 2025**
                MM / DD / YYYY

X _____     **Mowe Hy**
Signature of authorized representative of debtor     Printed name

Title   **General Manager**

---

**18. Signature of attorney**

X **/s/ Gabriel E. Liberman**      Date **April 14, 2025**
Signature of attorney for debtor                     MM / DD / YYYY

**Gabriel E. Liberman**
Printed name

**Law Offices of Gabriel Liberman, APC**
Firm name

**1545 River Park Drive., STE 530**
**Sacramento, CA 95815**
Number, Street, City, State & ZIP Code

Contact phone   **916-485-1111**     Email address   **attorney@4851111.com**

**303010 CA**
Bar number and State

# RESOLUTION BY THE PARTNERS OF
# THE MESA LAGUNA RIDGE, LP, a California Limited Partnership

## UNANIMOUS WRITTEN
## CONSENT IN LIEU OF MEETING

The actions described in these Minutes of Unanimous Written Consent of the General Partner of **The Mesa Laguna Ridge, LP**, a California Limited Partnership ("**Company**") are taken pursuant to provisions of Borrower's Partnership Agreement in lieu of a meeting of the Partners.

WE, THE UNDERSIGNED, being all partners of Company ("**Partners**") do hereby approve the following and consent to its adoption:

**WHEREAS**, THE MESA LAGUNA RIDGE, L.P., a limited partnership formed under the laws of California, (the "Partnership") is experiencing financial difficulties and is unable to meet its debts as they become due.

**WHEREAS**, the General Partner of the Partnership, Ky Hy, an individual, (the "General Partner") has carefully reviewed the financial situation of the Partnership and determined that it is in the best interests of the Partnership and its creditors to seek relief under Chapter 11 of the United States Bankruptcy Code (the "Bankruptcy Code").

RESOLUTIONS:

1. AUTHORIZATION TO FILE CHAPTER 11:

    - RESOLVED, that the Partnership is authorized and directed to file a voluntary petition for relief under Chapter 11 of the Bankruptcy Code.

    - FURTHER RESOLVED, that the General Partner is authorized and directed to take all actions necessary and appropriate to prepare and file the voluntary petition and all related schedules, lists, and statements, as required by the Bankruptcy Code and the Bankruptcy Rules.

2. APPOINTMENT OF AUTHORIZED REPRESENTATIVE:

    - RESOLVED, that Mowe Hy, General Manager, is authorized and directed to execute all documents and take all actions necessary to file the voluntary petition and represent the Partnership in the bankruptcy case.

    - FURTHER RESOLVED that Mowe Hy is authorized to employ the Law Offices of Gabriel Liberma, APC to file a voluntary bankruptcy petition on the Company's behalf and to represent the Partnership during the bankruptcy case;

- FURTHER RESOLVED, that Mowe Hy is authorized to employ attorneys, accountants, financial advisors and other professionals as necessary to assist the Partnership in the Chapter 11 bankruptcy case.

3. RATIFICATION OF PRIOR ACTIONS:

    - RESOLVED FURTHER, that any and all actions previously taken by the General Partner or any officer or representative of the Partnership in furtherance of the foregoing resolutions are hereby ratified and approved.

IN WITNESS WHEREOF, the undersigned has executed this Unanimous Written Consent in order to give their consent thereto effective as of the 14th day of April, 2025.

GENERAL PARTNER

By: _____

Name: Ky Hy

Title: GENERAL PARTNER


By: _____

Name: Ky Hy

Title: LIMITED PARTNER


By: _____

Name: Anh Hy

Title: LIMITED PARTNER

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | The Mesa Laguna Ridge, LP |
| United States Bankruptcy Court for the: | EASTERN DISTRICT OF CALIFORNIA |
| Case number (if known): | |

☐ Check if this is an amended filing

## Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Apex Utility Consultants LLC Attn: Managing Member 168 Temperence River Court Folsom, CA 95630 | | Trade debt | | | | $7,300.00 |
| City of Elk Grove 8401 Laguna Palms Way Elk Grove, CA 95758 | | Trade debt | | | | $25,694.29 |
| City of Elk Grove 8401 Laguna Palms Way Elk Grove, CA 95758 | | 7321 Elefa Ave, Elk Grove CA 95757 Vacant lot zoned for residential property APN: 132-0050-026-0000 Lot: .24 acres | | Unknown | $459,000.00 | Unknown |
| Construction Loan Services II, LLC Servicer and agent for Saluda Grade Alternative Mortgage Trust 2021-BC1 1019 39th Ave., SE, Ste. 220 Puyallup, WA 98374 | | 10371 Bruceville Road, Elk Grove, CA 95757 Parcel Number 132-0050-034-0000 Multi-family property with 55 completed units built in 2020 Lot size: | Contingent Unliquidated Disputed | $24,000,776.18 | $11,280,000.00 | $13,808,821.56 |
| CWE Roseville 2260 Douglas Blvd, Ste 160 Roseville, CA 95661 | | Trade debt | | | | $40,305.24 |

Debtor **The Mesa Laguna Ridge, LP**
　　　　Name

Case number *(if known)* _____

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim  If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Harris and Sloan Consulting Group, Inc**  **Attn: An Officer**  **2295 Gateway Oaks Dr, Ste 200**  **Sacramento, CA 95833** | | **Trade debt** | | | | **$59,000.00** |
| **La Tierra Verde**  **PO Box 5930**  **Stockton, CA 95202** | | **Trade debt** | | | | **$14,000.00** |
| **LP Consulting Engineers**  **1209 Pleasant Grove Blvd**  **Roseville, CA 95678** | | **Trade debt** | | | | **$49,000.00** |
| **Villara**  **4700 Lang Ave**  **McClellan, CA 95652** | | **Trade debt** | | | | **$20,000.00** |

Official form 204　　　　Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured claims　　　　page 2

**United States Bankruptcy Court**
**Eastern District of California**

In re  The Mesa Laguna Ridge, LP
　　　　　　　　　Debtor(s)

Case No. _____
Chapter  **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| Ann Hy<br>919 South Palm Avenue<br>San Gabriel, CA 91776 | | 49.5% | Limited Partner |
| Ky Hy<br>919 South Palm Avenue<br>San Gabriel, CA 91776 | | 49.5% | Limited Partner |
| Ky V Hy<br>919 South Palm Avenue<br>San Gabriel, CA 91776 | | 1% | General Partner |

**DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP**

　　I, the **General Manager** of the partnership named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date  April 14, 2025　　　　　　　　Signature _____
　　　　　　　　　　　　　　　　　　　　　　　　Mowe Hy

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

Sheet 1 of 1 in List of Equity Security Holders

```
U.S.D.O.J. - Office of the U.S. Trustee
Eastern District of CA / Sacramento
Robert T. Matsui U.S. Courthouse
501 "I" St., 7th Floor, Room 7-500
Sacramento, CA 95814


The Mesa Laguna Ridge, LP
10371 BRUCEVILLE ROAD, OFFICE
ELK GROVE, CA 95757


Ahmadullah Mohammadi
10371 Bruceville Road
216
Elk Grove, CA 95757


Aisha Rahim
10371 Bruceville Road
118
Elk Grove, CA 95757


Alexis Tan
10371 Bruceville Road
128
Elk Grove, CA 95757


Amari Dawson
10371 Bruceville Road
224
Elk Grove, CA 95757


Amrik Powar
10371 Bruceville Road
120
Elk Grove, CA 95757


Apex Utility Consultants LLC
Attn: Managing Member
168 Temperence River Court
Folsom, CA 95630


Ashley Olivia
10371 Bruceville Road
234
Elk Grove, CA 95757
```

Asminder Singh
10371 Bruceville Road
232
Elk Grove, CA 95757

Baindu Kpaka
10371 Bruceville Road
201
Elk Grove, CA 95757

Benjamin Gee
10371 Bruceville Road
235
Elk Grove, CA 95757

Carlos Tirre
10371 Bruceville Road
219
Elk Grove, CA 95757

Carol Morgan
10371 Bruceville Road
205
Elk Grove, CA 95757

Chiquita Hetrick
10371 Bruceville Road
213
Elk Grove, CA 95757

Christina Viernes
10371 Bruceville Road
202
Elk Grove, CA 95757

City of Elk Grove
8401 Laguna Palms Way
Elk Grove, CA 95758

Construction Loan Services II, LLC
Servicer and agent for Saluda Grade
Alternative Mortgage Trust 2021-BC1
1019 39th Ave., SE, Ste. 220
Puyallup, WA 98374

CWE Roseville
2260 Douglas Blvd, Ste 160
Roseville, CA 95661

Employment Development Department
Bankruptcy Group, MIC 92E
P.O. Box 826880
Sacramento, CA 94280

Erik Sanders
10371 Bruceville Road
231
Elk Grove, CA 95757

Fawaad Naseeb
10371 Bruceville Road
208
Elk Grove, CA 95757

Faye Johnson
10371 Bruceville Road
228
Elk Grove, CA 95757

Franchise Tax Board
Bankruptcy Section
P.O. Box 2952 MSA - 340
Sacramento, CA 95812

Hannah Lam
10371 Bruceville Road
229
Elk Grove, CA 95757

Hardeep Singh
10371 Bruceville Road
211
Elk Grove, CA 95757

Harris and Sloan Consulting Group, Inc
Attn: An Officer
2295 Gateway Oaks Dr, Ste 200
Sacramento, CA 95833

Hilai Hassani
10371 Bruceville Road
130
Elk Grove, CA 95757

Hortencia Hidalgo
10371 Bruceville Road
204
Elk Grove, CA 95757

Hugo Sanchez
10371 Bruceville Road
102
Elk Grove, CA 95757

Innovative Lease Services, Inc.
Attn: An Officer
2382 Faraday Avenue, Suite 160
Carlsbad, CA 92008

Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346

Internal Revenue Service
United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814

Internal Revenue Service
United States Department of Justice
Civil Trial Section, Western Region
Box 683, Ben Franklin Station
Washington, DC 20044

Jaime Pettway
10371 Bruceville Road
119
Elk Grove, CA 95757

Jatinder Singh
10371 Bruceville Road
212
Elk Grove, CA 95757

Judy Lee
10371 Bruceville Road
217
Elk Grove, CA 95757

Kenny Alvarado
10371 Bruceville Road
206
Elk Grove, CA 95757

Kim Nguyen
10371 Bruceville Road
109
Elk Grove, CA 95757

Kingsley Emodi
10371 Bruceville Road
209
Elk Grove, CA 95757

Ky V Hy
919 South Palm Avenue
San Gabriel, CA 91776

La Tierra Verde
PO Box 5930
Stockton, CA 95202

Linda Valles
10371 Bruceville Road
218
Elk Grove, CA 95757

Long Nguyen
10371 Bruceville Road
103
Elk Grove, CA 95757

LP Consulting Engineers
1209 Pleasant Grove Blvd
Roseville, CA 95678

Malak Alazzawi
10371 Bruceville Road
106
Elk Grove, CA 95757

Mashay Henderson  
10371 Bruceville Road  
108  
Elk Grove, CA 95757

Mazari Attai  
10371 Bruceville Road  
220  
Elk Grove, CA 95757

Melanie Rouse  
10371 Bruceville Road  
203  
Elk Grove, CA 95757

Melissa Hicks  
10371 Bruceville Road  
225  
Elk Grove, CA 95757

Misty Aduna  
10371 Bruceville Road  
207  
Elk Grove, CA 95757

Nathaniel Mani  
10371 Bruceville Road  
110  
Elk Grove, CA 95757

Navitas Credit  
PO Box 509058  
San Diego, CA 92150-9058

Pam Hardy  
10371 Bruceville Road  
111  
Elk Grove, CA 95757

Patricia Cannady  
10371 Bruceville Road  
104  
Elk Grove, CA 95757

Paula Harris
10371 Bruceville Road
101
Elk Grove, CA 95757


Rohafza Mojaddedi
10371 Bruceville Road
210
Elk Grove, CA 95757


Sacramento County Property Tax
700 H Street
Sacramento, CA 95814


Sacramento County Utilities
PO Box 1804
Sacramento, CA 95812


Shawnta Harris
10371 Bruceville Road
226
Elk Grove, CA 95757


Sheri Freeman-Bey
10371 Bruceville Road
121
Elk Grove, CA 95757


Snell & Wilmer LLP
600 Anton Blvd., Suite 1400
Costa Mesa, CA 92626-7689


Sommia Mojaddedi
10371 Bruceville Road
230
Elk Grove, CA 95757


Sydnee Sparks
10371 Bruceville Road
215
Elk Grove, CA 95757


Therese Persekian
10371 Bruceville Road
129
Elk Grove, CA 95757

Tina Sapp
10371 Bruceville Road
233
Elk Grove, CA 95757


Veronica Elizabeth Manzo, Trustee of
The Elizabeth Manzo Living Trust
1736 Funston Ave
San Francisco, CA 94132


Villara
4700 Lang Ave
McClellan, CA 95652


Vinh Truong
10371 Bruceville Road
105
Elk Grove, CA 95757


Xochilte McAfee-Register
10371 Bruceville Road
222
Elk Grove, CA 95757


Yahayra Maciel
10371 Bruceville Road
227
Elk Grove, CA 95757