**3**
**LAW OFFICES OF GABRIEL LIBERMAN, APC**
Gabriel E. Liberman (SBN 303010)
Gabe@4851111.com
1545 River Park Drive, Suite 530
Sacramento, California 95815
Telephone:     (916) 485-1111
Facsimile:     (916) 485-1111

Attorney for THE MESA LAGUNA RIDGE, LP

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
SACRAMENTO DIVISION

| | |
|---|---|
| In re<br><br>**THE MESA LAGUNA RIDGE, LP**<br>*dba THE MESA AT LAGUNA RIDGE*<br><br>Tax ID / EIN: 38-3993725<br><br>Debtor, | Case No. 2025-21744-C-11<br>Chapter 11<br>DCN: GEL-1<br><br>**SECOND SUPPLEMENT TO MOTION TO USE CASH COLLATERAL AND GRANT ADEQUATE PROTECTION**<br><br>Date:        July 23, 2025<br>Time:       11:00 A.M.<br>Location:  501 I Street, 6th floor,<br>                 Courtroom 35, Dept. C<br>                 Sacramento, CA<br><br>Judge:      Honorable Christopher M. Klein |

     THE MESA LAGUNA RIDGE, LP, a California limited partnership, the Debtor and Debtor-in-Possession (the "Debtor") by and through their attorney, Gabriel E. Liberman, respectfully submits this Second Supplement to Debtor's Motion to Use Cash Collateral and Grant Adequate Protection (the "**Cash Collateral Motion**"), pursuant to Bankruptcy Code §§ 363(c)(2)(A) and 105(a), as well as Rule 4001-1(c) of the Local Rules of Bankruptcy Practice for the Eastern District of California.

1

The Debtor is proposing to extend its use of interim use of Cash Collateral for 90-days covering the period of August 1, 2025 through October 31, 2025 (the "**DIP Budget**"), as attached as Exhibit A to this Supplement. In support of its request for the continued use of Cash Collateral, the Debtor states as follows:

I. **Factual Background**

1. On April 14, 2025 (the "Petition Date"), Debtor filed its voluntary petition for relief under Chapter[1] 11 of the Bankruptcy Code, thereby commencing the above-captioned case (the "Chapter 11 Case").

2. The Debtor continues to operate its business and manage its property as debtor-in-possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code.

3. On April 16, 2025, the Debtor filed the Cash Collateral Motion.

4. On April 22, 2025, the Court entered an interim order authorizing the use of Cash Collateral through May 31, 2025 and scheduling a continued hearing on the Cash Collateral Motion for May 28, 2025 (Doc. No. 22) (the "**First Interim Order**").

5. Following the continued hearing, on June 2, 2025, the Court entered a second interim order authorizing the use of Cash Collateral (Doc. No. 50) (the "**Second Interim Order**"). The Second Interim Order authorized the use of Cash Collateral through July 31, 2025, and scheduled a continued hearing on the Cash Collateral Motion for July 23, 2025.

6. The Debtor in Possession has operated in compliance with the First and Second Interim Orders.

7. The DIP Budget contemplates expenditures generally in line with the prior cash collateral

---

[1] All references to "Section" herein shall be to the Bankruptcy Code appearing in Title 11 of the U.S. Code; all references to a "Bankruptcy Rule" shall refer to the Federal Rules of Bankruptcy Procedure; and all references to a "LBR" shall refer to the Local Rules of Practice for the United States Bankruptcy Court for the Eastern District of California

Budget.

8. Based on the factual and legal grounds set forth in the Cash Collateral Motion, which are incorporated by reference as if fully set forth herein, the Debtor seeks authorization for the continued use of Cash Collateral in a manner consistent with the terms of the prior interim order from August 1, 2025 through October 31, 2025.

WHEREFORE, the Debtor respectfully requests the entry of an order (a) granting the Cash Collateral Motion; (b) authorizing the Debtor's continued use of Cash Collateral, granting the replacement liens and adequate protection, and approving the DIP Budget on an interim basis; and (c) for such other and further relief the Court deems appropriate.

Dated: July 2, 2025

                                  LAW OFFICES OF GABRIEL E. LIBERMAN, APC

                By:     */s/* Gabriel E. Liberman
                          Gabriel E. Liberman
                          Attorney for Debtor-in-Possession