Joshua K. Partington (SBN: 275939)
Nicholas S. Couchot (SBN: 331971)
SNELL & WILMER L.L.P.
600 Anton Blvd., Suite 1400
Costa Mesa, CA 92626
Telephone: (714) 427-7000
Facsimile: (714) 427-7799
Email: jpartington@swlaw.com
ncouchot@swlaw.com

Attorneys for Secured Creditor
Construction Loan Services II, LLC, a
Washington limited liability company, in its
capacity as servicer and agent for Builders
Capital Loan Acquisition Trust 2024-NPL1

# UNITED STATES BANKRUPTCY COURT

## EASTERN DISTRICT OF CALIFORNIA – SACRAMENTO DIVISION

In re:

The Mesa Laguna Ridge, LP dba The Mesa at Laguna Ridge,

    Debtor.

Case No. 2025-21744-C-11
Chapter 11

DCN: SW-1

**THIRD STIPULATION TO CONTINUE HEARING ON CONSTRUCTION LOAN SERVICES II, LLC'S MOTION FOR RELIEF FROM THE AUTOMATIC STAY UNDER 11 U.S.C. § 362**

<u>Current Hearing Information:</u>
Date:      October 29, 2025
Time:      11:00 AM
Place:      U.S. Bankruptcy Court
             Courtroom 35, Dept. C
             501 I Street, 6th Floor
             Sacramento, CA 95814

4924-7419-1989

Construction Loan Services II, LLC, a Washington limited liability company, in its capacity as servicer and agent for Builders Capital Loan Acquisition Trust 2024-NPL1 ("Lender") and debtor-in-possession, The Mesa Laguna Ridge, LP dba The Mesa at Laguna Ridge ("Debtor", and together with Lender, the "Parties"), hereby agree and stipulate (the "Third Stipulation"), through their respective counsel of record, as follows:

## RECITALS

A. On September 9, 2025, Lender filed its *Motion for Relief from the Automatic Stay Under 11 U.S.C. § 362* [Docket No. 65] ("Motion") to proceed under applicable nonbankruptcy law to enforce its rights and remedies as to that certain real property located at 10371 Bruceville Road, Elk Grove, CA 95757 ("Property"). The hearing on the Motion is set for October 8, 2025.

B. On September 24, 2025, the Debtor filed its *Opposition to Motion of Construction Loan Services, LLC for Relief from the Automatic Stay and Related Relief* [Docket No. 76] ("Opposition"). As set forth in the Opposition, CR Equity AI, Inc. ("Proposed New Lender") submitted a letter of interest to the Debtor on September 20, 2025, which set forth certain terms and conditions to refinance the Property.

C. On October 1, 2025, Lender filed its *Reply to Opposition to Motion for Relief from the Automatic Stay Under 11 U.S.C. § 362* [Docket No. 80] ("Reply").

D. After Lender filed its Reply, the Parties commenced negotiations with the Proposed New Lender to finalize terms and conditions to refinance the Property. Accordingly, on October 6, the Parties entered into that *Stipulation to Continue Hearing on Construction Loan Services II, LLC's Motion for Relief from the Automatic Stay Under 11 U.S.C. § 362* [Docket No. 83] ("First Stipulation"), whereby the Parties agreed to continue the hearing on the Motion from October 8, 2025 at 11:00 a.m. to October 15, 2025 at 11:00 a.m. On October 7, 2025, the Court entered its order approving the First Stipulation.[1]

E. On October 13, 2025, the Parties entered into that *Second Stipulation to Continue Hearing on Construction Loan Services II, LLC's Motion for Relief from the Automatic Stay Under 11 U.S.C. § 362* [Docket No. 83] ("Second Stipulation"), whereby the Parties agreed to continue

---

[1] *See*, Docket No. 85.

the hearing on the Motion from October 15, 2025 at 11:00 a.m. to October 29, 2025 at 11:00 a.m. On October 14, 2025, the Court entered its order approving the Second Stipulation.[2]

F. As of the date of the filing of this Third Stipulation, the Parties continue to negotiate with the Proposed New Lender to finalize terms and conditions to refinance the Property. The Debtor anticipates finalizing the terms and conditions of the financing arrangement with the Proposed New Lender by November 3, 2025. Accordingly, the Parties agree that it is the best use of the Parties' time and resources, as well as the judicial resources of the Court, to allow the Parties to continue to focus on the refinance of the Property and continue the hearing on the Motion. As such, the Parties have agreed to continue the hearing from October 29, 2025, at 11:00 a.m. to November 13, 2025 at 11:00 a.m., or as soon thereafter as is convenient for the Court.

## **STIPULATION**

**NOW, THEREFORE**, the Parties hereby agree and stipulate that, subject to the approval of the Court:

1. The foregoing Recitals are incorporated herein by this reference.

2. The hearing on the Motion is continued from October 29, 2025 at 11:00 a.m. to November 13, 2025 at 11:00 a.m.

*[Remainder of page intentionally left blank.]*

---

[2] *See*, Docket No. 89.

3. This Third Stipulation may be executed in multiple counterparts, each of which will constitute an original and all of which together will constitute one and the same agreement. Facsimile or PDF signatures shall be considered original signatures for all purposes.

Dated: October 27, 2025     SNELL & WILMER L.L.P.

By:    */s/ Nicholas S. Couchot*
       Joshua K. Partington
       Nicholas S. Couchot

Attorneys for Secured Creditor
Construction Loan Services II, LLC, a Washington limited liability company, in its capacity as servicer and agent for Builders Capital Loan Acquisition Trust 2024-NPL1

Dated: October 27, 2025     LAW OFFICES OF GABRIEL LIBERMAN, APC

By: _____
       Gabriel E. Liberman

Attorneys for Debtor
The Mesa Laguna Ridge, LP dba The Mesa at Laguna Ridge