**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF CALIFORNIA**
**CIVIL MINUTES**

---

**Case Title:** The Mesa Laguna Ridge, LP

**Case No.:** 25-21744 - C - 11

**Docket Control No.** SW-1

**Date:** 11/26/2025

**Time:** 11:00 AM

**Matter:** [65] - Motion for Relief from Automatic Stay [SW-1] Filed by Creditor Loan Services II, LLC (Fee Paid $199) (eFilingID: 7539844) (mfrs)

**Judge:** Christopher M. Klein
**Courtroom Deputy:** Lindsey Peratis
**Reporter:** Electronic Record
**Department:** C

---

**APPEARANCES for:**
**Movant(s):**
(by zoom) Creditor's Attorney - Nicholas Couchot
**Respondent(s):**
(by zoom) Debtor's Attorney - Gabriel E. Liberman; (by zoom) Creditor's Attorney - Debra A. Riley

---

**CIVIL MINUTES**

CONTINUED HEARING TO BE HELD ON **12/18/2025 at 11:00 AM** at Sacramento Courtroom 35, Department C